## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KELLY L. MORAN KALAMAS,

    Plaintiff,

v.                                                           CASE NO. 8:16-cv-563-T-26JSS

PENNY PRITZKER, Secretary,
U.S. Department of Commerce,

    Defendant.
_____/

## O R D E R

In light of the Plaintiff's Response to Defendant's Motion to Dismiss Count III of Complaint (Dkt. 26), it is **ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss Count III (Dkt. 18) is granted. Count III of Plaintiff's complaint is dismissed without prejudice to the Plaintiff filing an amended complaint within **fourteen (14) days** of this order. The Defendant shall file her response to the amended complaint within **fourteen (14) days** of service.

**DONE AND ORDERED** at Tampa, Florida, on April 22, 2016.

                                                s/*Richard A. Lazzara*
                                                **RICHARD A. LAZZARA**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record